IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS,<br><br>Plaintiffs,<br><br>LUCAS STUCCO & EIFS DESIGN, L.L.C., a Missouri corporation,<br><br>Defendant. | No. 1:11-cv-795-SEB-MJD |

## MOTION FOR CLERK'S ENTRY OF DEFAULT

To the Clerk of the U.S. District Court for the
Southern District of Indiana

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD and KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability in favor of Plaintiffs and against Defendant, LUCAS STUCCO & EIFS DESIGN, L.L.C.  In support thereof, Plaintiffs state:

1. This case was filed on June 20, 2011.

2. Defendant was served with a Summons and Complaint by special process server on August 4, 2011 as shown on the return of service previously filed.

3. In excess of 20 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

WHEREFORE, Plaintiffs move this Court to enter an order of Default against Defendant.

        Respectfully submitted,

        Arnold & Kadjan


        By: <u>s/ Donald D. Schwartz</u>
            Donald D. Schwartz

Donald D. Schwartz
ARNOLD AND KADJAN
203 N. LaSalle St., Suite 1650
Chicago, IL 60601
(312) 236-0415

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of September 2011, a copy of foregoing Motion for Clerk's Entry of Default was filed electronically. Notice of this filing will be sent to the following parties via U.S. Mail, first class, postage prepaid. Parties may access this filing through the Court's system.

                                                s/ Donald D. Schwartz
                                                Counsel for Plaintiff

                                                Attorney for Plaintiffs, Mark McCleskey, et. al.

Donald D. Schwartz
203 N. LaSalle St., Suite 1650
Chicago, Illinois 60601
Telephone:  312-236-0415
E-mail:  dschwartz@arnoldandkadjan.com

Lucas Stucco & EIFS Design, L.L.C.
c/o its Registered Agent, Norbert Glassl
200 North Broadway, Suite 700
St. Louis, MO 63102