# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS,  Plaintiffs, | )<br>)<br>)<br>) No. 1:11-cv-795-SEB-MJD<br>)<br>)<br>) |
| LUCAS STUCCO & EIFS DESIGN, L.L.C., a Missouri corporation,  Defendant. | )<br>)<br>)<br>) |

## CLERK'S ENTRY OF DEFAULT

Pursuant to the application for entry of default, default is hereby entered against Defendant for failure to plead or otherwise defend this action.

DATED: 09/08/2011

Laura A. Briggs, Clerk

BY: *(signature)*

Deputy Clerk, U.S. District Court

Donald D. Schwartz
**ARNOLD AND KADJAN**
203 N. LaSalle St., Suite 1650
Chicago, Illinois 60601
312-236-0415