IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, TRUSTEE AND INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS,<br><br>           Plaintiffs,<br><br>LUCAS STUCCO & EIFS DESIGN, L.L.C., a Missouri corporation,<br><br>           Defendant. | No. 1:11-cv-795-SEB-MJD |

## ORDER TO SHOW CAUSE

This cause is before the Court on the Motion of the Plaintiff Funds that the Defendant be held in contempt for failure to obey an Order of Default for Production of Records of this Court.

Upon consideration of the Order of Default for Production of Records herein, dated September 15, 2011 and failure of the Defendant to comply with the terms of said Order of Default for Production of Records:

IT IS HEREBY ORDERED that Ralf Schlaefli, owner of LUCAS STUCCO & EIFS DESIGN, L.L.C., appear before the undersigned Judge of this Court, TOGETHER WITH THE ATTORNEY for LUCAS STUCCO & EIFS DESIGN, L.L.C., on Tuesday, November 29, 2011, at 10:30 a.m. in Room 216 of the U.S. Courthouse at 46 East Ohio Street in Indianapolis, Indiana to show cause, if there be any, why an order should not issue holding Ralf Schlaefli in contempt of court and imposing sanctions upon him for failing to comply with the Court's prior orders.

Mr. Schwartz is ORDERED to serve a copy of this Order on Ralf Schlaefli and LUCAS STUCCO & EIFS DESIGN, L.L.C. and file proof of such service with the Court.

IT IS SO ORDERED.

Date: 10/20/2011

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Donald D. Schwartz
**ARNOLD AND KADJAN**
203 N. LaSalle St., Suite 1650
Chicago, Illinois 60601